**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
UNITED STATES OF AMERICA,

21 Cr. 673 (ALC)

**ORDER**

-against-

PERRY JOYNER,

------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

The attorney retained in this case is relieved. The C.J.A. attorney assigned to receive cases on this day, Susan J. Walsh is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

Dated: New York, New York
       November 17, 2021

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE