UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

PERRY JOYNER et al,

                Defendant.

------------------------------------------------------------------- x

21-CR-673 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties shall file a joint status report on **December 2, 2021**.

**SO ORDERED.**

Dated:    New York, New York
           November 17, 2021

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**