# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@vladeck.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/21__

By ECF and Email

November 18, 2021

Hon. Andrew L. Carter, Jr.
United States District Court Judge
US District Court SDNY
500 Pearl Street
New York, New York 10007

Re: *United States v. Joyner*, 21 Cr 673 (ALC)

Dear Judge Carter:

I write to request a two week extension of time to provide three financially responsible co-signers to Mr. Joyner's bond. The Government consents to this request.

I was substituted and appointed as counsel for Mr. Joyner yesterday pursuant to the Criminal Justice Act. It appears that during the transition to conflict free counsel the three proposed co-signers identified and willing to sign the bond by the defense have not yet bee submitted for vetting to the Government. By order of USMJ Cave, my client was released on conditions including home incarceration and three financially responsible persons who also have moral suasion as co-signers on the $300,000 bond. The conditions were required to be met by today, November 18, 2021.

I am requesting two weeks in light of the upcoming short holiday week; however, I am hopeful we will be able to satisfy all the conditions sooner.

Respectfully submitted,

Susan J. Walsh

cc: Aline Flodr, AUSA
    Daniel Wolf, AUSA (By ECF and Email)

> The application is **GRANTED.**
> So Ordered.
>
> *Andrew L. Carter*
> 11/18/21

715276 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172