MEMO ENDORSED

# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/21/2021

December 21, 2021

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court SDNY
500 Pearl Street
New York, NY 10007

    Re: *United States v. Perry Joyner*, 21 Cr 673 (ALC)

Dear Judge Carter:

    I write on behalf of my client, Perry Joyner, who is currently on home incarceration and electronically monitored in New Jersey on an unsecured $300,000 bond co-signed by three financially responsible individual, including his mother. He is suspended from his employment at the FBOP pending the outcome of this case and has no prior criminal record. He currently lives with his mother.

    Per the annexed letter, my client who has been observant Christian his entire life, would like to attend religious services during the Christmas season. He did not attend last Sunday, December 19, 2021 because his request was tardy. He would like to attend services on December 26, 2021 with his elderly grandmother who is a parishioner. This service is in lieu of Christmas Day services.

    The Government defers the request to pre-trial services discretion and pre-trial services has directed that I send the inquiry to Your Honor. Per the annexed the services begin at 10:30 am and last until approximately 1:00 pm. There will also be travel by car from home to church and back.

    I write to respectfully request that he be permitted to observe the religious holiday in church this Sunday.

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
12/21/21

Sincerely,

*Susan J. Walsh*
646-398-1514

Encl.

715276 v1