**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 4, 2022

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/7/22__

      Re:    *United States v. Joyner, et al.*, 21 Cr. 673 (ALC)

Dear Judge Carter:

      As the Court is aware, the above-captioned case has been assigned to this Court, and the initial pretrial conference was scheduled for February 8, 2022 at 3:00 p.m.. Due to the COVID-19 pandemic and its resulting limitations on the production of detained defendants for court appearances, the parties understand from the Court that the conference will need to be adjourned to March 8, 2022 at 2:00 p.m. As such, the Government respectfully requests that the initial pretrial conference be adjourned for thirty days. The Government has conferred with counsel for each of the defendants who have been appointed counsel and confirmed that all such parties consent to a thirty-day adjournment of the pretrial conference.

      The Government also respectfully requests that the Court exclude time between February 8, 2022, and March 8, 2022, pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting such exclusion outweigh the best interest of the public and the defendants in a speedy trial, for the following reasons. First, the exclusion will provide time for the Government to continue making substantial rolling productions of discoverable material pursuant to the protective order entered by the Court on December 27, 2021, which the defendants will need time to review. Second, the exclusion will permit the parties to discuss a possible pretrial resolution of this case. Third, the exclusion is warranted in light of the COVID-19 pandemic and its resulting limitations on the ability to timely produce in-custody defendants for court conferences. Counsel for each defendant with appointed counsel, except for defendant Donnell Murray,[1] has consented to this request on behalf of their respective clients.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _/s/ Aline Flodr_
Aline R. Flodr / Jonathan E. Rebold
Daniel H. Wolf
Assistant United States Attorneys
Tel: (212) 637-1110 / 2512 / 2337

cc: Counsel of Record, Esq.

---

[1] Mr. Brill indicated that his client does not consent to the exclusion of time.

---

The application is **GRANTED.** The status conference is adjourned to 3/8/22 at 2 p.m. Time excluded from 2/8/22 to 3/8/22 in the the interest of justice.
So Ordered.

_/s/ Andrew L. Carter_ 2/7/22