MEMO ENDORSED

# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@vladeck.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/16/22
```

April 15. 2022

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court SDNY
500 Pearl Street
New York, NY 10007

Re: *United States v. Perry Joyner*, 21 Cr 673 (ALC)

Dear Judge Carter:

I write on behalf of my client, Perry Joyner, who is currently on home incarceration and electronically monitored in New Jersey on an unsecured $300,000 bond co-signed by three financially responsible individual, including his mother. He is suspended from his employment at the FBOP pending the outcome of this case and has no prior criminal record. He currently lives with his mother.

Per the annexed letter, my client who has been observant Christian his entire life, would like to attend religious services with his grandmother on Easter Sunday from 10:30 am until 1:00pm. Mr. Perry emailed this request to my office while I was away in Europe for a week. I did not see the request until today when he followed up. The oversight is mine and I sincerely apologize to the Court and Mr. Perry. I spoke to PO Baez who oversees Mr. Perry in New Jersey and he has no objection but requires Court authorization due to Perry's bail status.

I write to respectfully request that he be permitted to observe the religious holiday in church this Sunday.

Sincerely,

*Susan J. Walsh*
646-398-1514

*Encl.*  The application is granted.
So Ordered.

*[signature]* 4/16/22

715276 v1