USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-12-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

United States of America,

    against

21 Cr 673

Perry Joyner,

    Defendant.

-----------------------------------------------------

UPON THE APPLICATION OF Susan J. Walsh, attorney for Perry Joyner and for good cause having been shown, it is hereby ORDERED that:

Perry Joyner's pretrial release conditions shall be modified from home incarceration to home detention in order to accommodate only the following changes to his conditions of release:

1) Mr. Joyner shall be permitted to attend Sunday church services for up to 3 hours on Sunday's and holy days of obligation including, Christmas and Easter services at a location to be pre-arranged with Pre-trial Services;

2) Mr. Joyner shall be permitted to engage in physical exercise for up to three times per week, 2 hours per session and only at a fixed time and location to be arranged with and in accordance with the direction of pre-trial services;

3) Mr. Joyner shall be permitted to work for Kendu Trucking as a laborer so long as Mr. Joyner provides his schedule and location and anticipated hours to Pre-Trial Services at least 24 hours in advance.

4) Mr. Joyner shall be permitted to travel in New Jersey and New York only for the purposes of his employment, court appearances and to meet with counsel.

5) All other bail conditions shall remain in effect.

New York, New York

May 12, 2022

So Ordered

Hon. Andrew L. Carter, Jr., USDJ