# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@VLADECK.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/25/22
```

May 25, 2022

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court SDNY
500 Pearl Street
New York, NY 10007

    Re: *United States v. Perry Joyner*, 21 Cr 673 (ALC)

Dear Judge Carter:

    I write on behalf of my client, Perry Joyner, who is currently on home detention and electronically monitored in New Jersey on an unsecured $300,000 bond co-signed by three financially responsible individual, <u>including his mother</u>. He is suspended from his employment at the FBOP pending the outcome of this case and has no prior criminal record. He currently lives with his mother.

    My client's mother, Nekita Joyner, was employed by the Federal Bureau of Prisons for twenty years and is now celebrating her retirement. She raised Perry and his brother alone, as single mother and put both through college on her Correction Officer salary.

    She indicates that she is having a gathering of family and friends (none of whom are affiliated with the FBOP) on May 28, 2022. The event will be held in Hackensack, New Jersey from 12 pm until 10 pm. I am informed that no current or former FBOP employees will attend the gathering besides my client and his mother. The gathering will be at Majestic Lodge 153 locates at 351 1st St. in Hackensack, NJ.

    I write to request permission for my client to attend a portion of the event from 4 pm until 7 pm to pay tribute to his mother and celebrate the milestone.

    Although pre-trial services notes that Perry is in compliance with all of the conditions of his pre-trial release, both the Government and pretrial object to his participation in the event.

**The application is GRANTED.
So Ordered.**

Sincerely,

*Susan J. Walsh*
646-398-1514

/s/ Andrew L. Carter
5/25/22

715276 v1