```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC#: _____
------------------------------------------------x   DATE FILED: 11-30-22
```

UNITED STATES OF AMERICA,

                Plaintiff,

        -against-                               21 CR-673 (ALC)

                                                **ORDER**

PERRY JOYNER,

                Defendant.

------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

A Change of Plea hearing is scheduled for **December 14, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
             November 30, 2022

                                                      */s/ Andrew L. Carter, Jr.*
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**