# VLADECK, RASKIN & CLARK, P.C.

SUSAN J. WALSH
212.403.7348
swalsh@vladeck.com

March 28, 2023

Hon. Andrew L. Carter, Jr.
United States District Court Judge
United States District Court SDNY
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/30/23

Re: *United States v. Perry Joyner*, 21 Cr 673 (ALC)

Dear Judge Carter:

I represent Mr. Perry Joyner in this matter currently scheduled for sentencing on April 18, 2023 at 2:30 pm. Mr. Joyner has been monitored on home detention since May 12, 2023 without any incident. He remains employed and under pre-trial supervision in New Jersey.

As a courtesy for the Court's and the parties' scheduling purposes I am writing in advance to request an adjournment of the sentencing hearing. The Government consents to an adjournment. I anticipate that I will be in the second week of a four or five week multi-defendant trial on April 18, 2023 in the Eastern District of New York before the Hon. LeShann DeArcy Hall. In addition, I do not anticipate that I will have all of the mitigation information gathered in time for a full presentation on behalf of Mr. Joyner and for the Court's consideration in time for an April 18th sentencing.

I have spoken to my client who consents to the adjournment and I have communicated with the Government who also consent to this request. In light of other trial responsibilities I propose the matter be adjourned until a date in June or the last week in July at a date and time convenient to the Court.

Thank you for your time and consideration.

Respectfully submitted,

*Susan J. Walsh*
646-398-1514

Encl.

The application is **GRANTED**. Sentencing adjourned to 7/25/23 at 3:30 p.m.
So Ordered.

*/s/ Andrew L. Carter* 3/30/23

715276 v1

565 Fifth Avenue, 9th Floor, New York, New York 10017 ▪ (p) 212-403-7300 ▪ (f) 212-221-3172