

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2023

**By ECF**
Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Joyner, et al.*, 21 Cr. 673 (ALC)

Dear Judge Carter:

    The Government respectfully requests that the Court so order the Government exhibits listed below be maintained under seal in the above-captioned case and be reviewed with defendants only in the presence of counsel. Defense counsel for Anthony Ellison and Starlin Nunez consent to the Government's request. As the Court is aware, certain of the Government's evidence in this case contains material that affects the privacy, confidentiality and safety of individuals (such as personal identifying information) and should not be disclosed to the public beyond that which is necessary for the defense of this criminal case. For these reasons, the Government believes that sealing the Government exhibits identified below is appropriate. The Government exhibits that should be maintained under seal are as follows:

    GX 202-01 through GX 202-36 (MCC Emails)
    GX 203-01 through GX 203-32 (Correctional Officer Personnel Records)
    GX 204-01 through GX 204-76 (MCC Inmate Photos and Records)
    GX 301-01 through GX 310-06 (Financial Records)
    GX 610-01, 610-04, 610-07, 611-03, 611-03-T, 611-22, and 611-22-T
    GX 712, GX 717, and GX 723
    S-103 and S-104

The request is hereby GRANTED.

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: December 12, 2023
      New York, NY

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Aline R. Flodr
Aline R. Flodr / Jonathan E. Rebold
Jessica Greenwood
Assistant United States Attorneys
Tel: (212) 637-1110 / 2512 / 1090

cc: Counsel of Record, Esq.